## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 7 |
| Tony Smith | ) | |
| | ) | Case No. 15-18778 |
| Debtor. | ) | |
| | ) | |
| | ) | Honorable Judge Donald R. Cassling |

### NOTICE OF MOTION

TO:    See Attached Service List

PLEASE TAKE NOTICE that on April 5, 2016, at 10:00 a.m., the undersigned will appear before the Honorable Donald S. Cassling, Bankruptcy Judge at 219 S. Dearborn, Room 619, Chicago, Illinois and will then and there present the attached <u>MOTION PURSUANT TO 11 USC §§ 706(a) and 1017(f)(2) TO CONVERT FROM CHAPTER 7 TO CHAPTER 13</u>, at which time you may appear if you so choose.

### <u>Certificate of Service</u>

I, Penelope N. Bach, hereby certify that I caused a copy of this notice and attached Motion to Convert to be served, via U.S. mail to Tony Smith and all creditors listed on the attached service list, on March 18, 2016, before the hour of 5:00 p.m. from the office located at 900 Jorie Blvd., Ste 150, Oak Brook, IL 60523.

BY: /S/ **PENELOPE BACH, OF COUNSEL**
SULAIMAN LAW GROUP
COUNSEL FOR DEBTOR(S)
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, IL 60523
PHONE: (630) 575-8181
FAX: (630) 575-8188
ATTORNEY NO: 6284659

Label Matrix for local noticing
752-1
Case 15-18778
Northern District of Illinois
Chicago
Thu Mar 17 17:25:48 CDT 2016

Case 15-18778    Doc 22    Filed 03/18/16    Entered 03/18/16 14:19:48    Desc Main
                                Document        Page 2 of 4

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Po Box 5080
Carol Stream, IL 60197-5080

Batt Hasenmiller F L
35 S. Wacker Drive #400
Chicago, IL 60606-4440

Chase *
3415 Vision Drive
Mail Code OH4-7142
Columbus, OH 43219-6009

Chase *
ATTN: Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19850-5298

Chicago Policemen Credit Union
1407 W Washington Boulevard
Chicago, IL 60607-1820

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Citimortgage Inc
Po Box 9438 Dept 0251
Gaithersburg, MD 20898-9438

City of Chicago
210 S. Michigan
Chicago, IL 60653-1020

Cook County Clerk
69 W. Washington, Suite 500
Chicago, IL 60602-3030

Equifax Information Services, LLC
1550 Peachtree Street NW
Atlanta, GA 30309

Experian Information Solutions, Inc.
475 Anton Boulevard
Costa Mesa, CA 92626-7037

GE Capital Retail Bank
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

JPMorgan Chase*
270 Park Avenue
New York, NY 10017-2014

Medical Business Bureau
1775 Deven Drive, Suite 173
Norton Shores, MI 49441-6079

Medical Business Bureau
1460 Renaissance D Suite 400
Park Ridge, IL 60068-1349

Medical Business Bureau
Po Box 1219
Park Ridge, IL 60068-7219

Nordstrom FSB
Attention: Account Services
PO Box 6566
Englewood, CO 80155-6566

Rush Univeristy Medical Center
1653 W. Congress Parkway
Chicago, IL 60612-3833

Rush University Medical Center
1653 W. Congress Parkway
Chicago, IL 60612-3833

Rush University Medical Center
600 W. Van Buren Suite 161
Chicago, IL 60612-3228

Saint Anthony Hospital
2875 W. 19th Street
Chicago, IL 60623-3596

Sears
Po Box 182149
Columbus, OH 43218-2149

Sulaiman & Ktsanes
53 W. Jackson, #512
Chicago, IL 60606-6904

Trans Union LLC
P.O. Box 2000
Chester, PA 19022-2000

US Small Business Administration
801 Tom Martin Drive
Unit 120
Birmingham, AL 35211-6424

Charles L. Magerski
Sulaiman Law Group, LTD
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523-3810

David R Herzog
Herzog & Schwartz PC
77 W Washington Suite 1717
Chicago, IL 60602-3943

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) Chapter 7 |
| Tony Smith | ) |
| | ) Case No. 15-18778 |
| Debtor. | ) |
| | ) |
| | ) Honorable Judge Donald R. Cassling |

## MOTION PURSUANT TO 11 USC §§ 706(a) and 1017(f)(2)
## TO CONVERT FROM CHAPTER 7 TO CHAPTER 13

NOW COMES, the Debtor, Tony Smith, by and through his attorneys The Sulaiman Law Group, Ltd. and pursuant to 11 USC §§706(a) and 1017(f)(2) moves this Honorable Court to Convert his case from Chapter 7 to Chapter 13 of the United States Bankruptcy Code and in support thereof states as follows:

1. On May 28, 2015, the Debtor filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code.

2. Upon further review of the Petition and Schedules, specifically the Debtor's Schedules I and J as well as the Means Test, it is appears it would be in the best interest to convert this case to a case under Chapter 13 of the United States Bankruptcy Code.

3. The Debtor is currently reviewing his budget and expects to have a disposable income of at least $745.00. Which would allow more funds to creditors that the creditors would receive in a Chapter 7 proceeding.

4. Debtor will file his amended schedules and Current Monthly Income Statement prior to hearing on this motion.

5. This case has not been previously converted.

WHEREFORE, Tony Smith prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code and allow and for any further relief that this court deems just.

Respectively Submitted,
Tony Smith


By: /s/ Penelope N. Bach

Mrs. Penelope N. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181
Email: PnBach@Sulaimanlaw.com