UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-18778 |
| Tony Smith | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| Debtor(s) | ) | |

**ORDER CONVERTING CASE TO CHAPTER 13 AND
TRANSFERRING CASE TO CHIEF JUDGE FOR REASSIGNMENT**

THIS CAUSE coming on to be heard, on the Debtor's Motion to Convert to Chapter 13 due notice having been given and the Court being advised in the premises;

IT IS THEREFORE SO ORDERED that:

1. The Debtor's Chapter 7 case is now converted to a Case under Chapter 13 of the United States Bankruptcy Code.

2. The Debtor's case is hereby transferred to Chief Judge Bruce W. Black for reassignment to judge hearing Cook County Chapter 13 cases.

Enter:

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: - 5 APR 2016

**Prepared by:**

Mrs. Penelope N. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181
Email: PnBach@Sulaimanlaw.com

Rev: 20101118_bko